

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,164-01

### EX PARTE FREDINAND UZODIMA ANYANWU, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. C-213-W012498-1734608-A IN THE 213TH DISTRICT COURT FROM TARRANT COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of indecency with a child - sexual contact and sentenced to thirteen years' imprisonment. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to an appeal because counsel failed to confirm that the notice of appeal was properly filed. Based on the record, the trial court has found that, due to a breakdown in the system, Applicant is entitled to an out-of-time appeal.

Relief is granted. *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2003). Applicant may file an out-of-time appeal of his conviction in cause number 1734608 from the 213th District Court of Tarrant County. Within ten days from the date of this Court's mandate, the trial court shall

determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:     NOVEMBER 20, 2024
Do not publish